UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                )
EDWARD MINTZ,                                   )
                                                )
          Plaintiff,                            )
                                                )
     v.                                         )     Civil Action No. 09-1894 (PLF)
                                                )
FEDERAL DEPOSIT INSURANCE                       )
CORPORATION,                                    )
                                                )
          Defendant.                            )
_____)

ORDER

          For the reasons stated in the Memorandum Opinion issued this same day, it is

hereby

          ORDERED that [8] defendant's motion to dismiss the plaintiff's complaint is

GRANTED; it is

          FURTHER ORDERED that [9] defendant's motion that the Court take judicial

notice and [14] plaintiff's motion to stay are DENIED as moot; and it is

          FURTHER ORDERED that FURTHER ORDERED that this case is

DISMISSED.  This is a final appealable Order.  See FED. R. APP. P. 4(a).

          SO ORDERED.


                                   /s/_____
                                   PAUL L. FRIEDMAN
                                   United States District Judge

DATE: August 6, 2010